■ MINNIE B. ALLEN, Respondent, v. DEAN HYLAND, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) In the Matter of WILLIAM CASH, Appellant, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION. (B) WALTER R. COVILLE, Appellant, v. FEDERAL LIFE AND CASUALTY COMPANY, Respondent. (C) REGINA HOTCHKISS, Appellant, v. STIRLING HOTCHKISS, Respondent. (D) MYRTLE E. REED, Respondent, v. WILLIAM F. REED, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD WILLIAMS, Appellant. (F) H. R. BEEBE, INC., Respondent, v. CITY OF UTICA, Appellant.— [In each action] Motion granted and appeal dismissed.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER COLUMBUS NELSON, JR. (John A. Barnaba, Esq., for De Banks M. Henward, Jr., Esq.; order entered Jan. 19, 1962.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. LYLE GREEN (Robert H. Cole, Esq., for Grover C. Bradstreet, Jr., Esq.; order entered Jan. 19, 1962.) (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN B. DISPENZA v. WALTER H. WILKINS, as Warden of Attica Prison (Ferdinand F. DI BARTOLO, JR., Esq., for Robert Cantwell, Esq.; order entered Jan. 19, 1962.) (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY J. SIKORA v. WALTER H. WILKINS, as Warden of Attica Prison (David C. Diefendorf, Esq., for Robert M. Murphy, Esq.) — [In each action] Order of substitution of attorneys entered.

■ (A) JOSEPHINE SWEENEY, Respondent, v. CLEMENTS-GILLOGHY CHEVROLET INC., et al., Appellants. (B) MAURICE BAXTER, Appellant, v. GOULD PAPER COMPANY, Respondent. (C) STANLEY STOLARCZYK, Respondent, v. WERNER POLAK et al., Appellants. (D) ANTHONY RICCO, Respondent, v. STANLEY J. STOLARCZYK, Respondent, and WERNER POLAK et al., Appellants. (E) BERNARD SHORT, Respondent, v. RUSSELL CARY, Appellant.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) JOHN C. INSEL, Appellant, v. RAYMOND P. SOBOTKA, Respondent. (B) MARK KYLER, Appellant, v. UNITED STATES TROTTING ASSOCIATION et al., Respondents, et al., Defendant.— [In each action] Appeal dismissed for failure to comply with previous order.

■ HAROLD BERNSTEIN, Appellant, v. HAROLD R. TYLER et al., Respondents. HAROLD R. TYLER, Respondent, v. HAROLD BERNSTEIN, Appellant.—■

Memorandum: This court has long recognized the right of an appellant, who may not qualify as a poor person, to prosecute an appeal upon typewritten papers. (*Eagle Contrs. of Utica, Inc.*, v. *Black*, 5 A D 2d 954.) The present application is complicated by the failure of appellant to make a full disclosure of the facts. It appears from the affidavit submitted by respondent that appellant is an insured motorist against whom respondent was awarded damages upon a jury trial. At the same time a companion action in which appellant was plaintiff resulted in a verdict in favor of respondent, as defendant therein. In the present application appellant, as an unsuccessful plaintiff and defendant, asks leave to appeal as a "poor person". It is apparent that if appellant, as defendant, is an insured motorist, he may not qualify as one entitled to prosecute an appeal upon typewritten records and briefs, because of the failure to show extreme hardship within the meaning of our decision in *Eagle Contrs. of Utica, Inc.* (*supra*). We grant leave to renew the motion upon a full statement of the pertinent facts in the light of this memorandum.

■ EVELYN M. BROWN, Respondent, v. GEORGE H. COHN, Appellant.— Motion to stay argument of appeal denied.